# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

157643-4

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                    SC:  157643
                                                                     COA:  323279
                                                                     Wayne CC:  13-008592-FC

DAVID TROY ZARN,
        Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                                    SC:  157644
                                                                     COA:  323280
                                                                     Wayne CC:  13-008758-FC

DAVID TROY ZARN,
        Defendant-Appellant.
_____/

By order of October 2, 2018, the application for leave to appeal the March 27, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk

p1021